IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSE VEGA-CERVANTES,<br><br>Defendant. | CRIMINAL FILE NO.<br>1:14-CR-234-TWT |

# ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 160] of the Magistrate Judge recommending that the Defendant's pro se Motion to Vacate Sentence [Doc. 153] be denied as untimely. The Defendant objects to the Report and Recommendation and argues that the Court's failure to give him a Castro warning when he filed a Motion to Appoint Counsel made his motion timely. Allowing the Defendant to withdraw the Motion to Appoint Counsel would have had no effect upon the timeliness of the current motion. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's pro se Motion to Vacate Sentence [Doc. 153] is DENIED as untimely.

T:\ORDERS\USA\14\14cr234\r&r.docx

SO ORDERED, this 19 day of March, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge